**Edward Dale MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44880.**

Missouri Court of Appeals,
Western District.

June 9, 1992.

Bryan Allee, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief, with an evidentiary hearing.

The judgment is affirmed.  Rule 84.16(b).